UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,
    Plaintiff

v.                                                                  Civil Action No. 04-12407-NMG

Marcos Navarro,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by ADR report on 10/17/05 that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

                                                                  By the Court,

                                                                  /S/ Craig J. Nicewicz

10/17/05                                                       _____
  Date                                                        Craig J. Nicewicz
                                                              Courtroom Clerk